FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2000 DEC 21 A 11:24

DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
## BALTIMORE DIVISION

| | |
|---|---|
| UNITED CUTLERY CORPORATION, | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| v. | ) Civil Action No: MJG-00-3668 |
| | ) |
| NFZ INC., d/b/a TURKEY CREEK | ) |
| TRADING COMPANY | ) |
| | ) |
| MOHAMMAD ASLAM; and | ) |
| | ) FILED ENTERED |
| NAUMAN ASLAM. | ) RECEIVED |
| | ) DEC 21 2000 |
| *Defendants.* | ) |
| | AT BALTIMORE |
| | CLERK U.S. DISTRICT COURT |
| | DISTRICT OF MARYLAND |
| | BY _____ DEPUTY |

## STIPULATED ORDER

Before the Court is the joint stipulation of Plaintiff UNITED CUTLERY CORPORATION, by counsel, and Defendants NFZ, Inc., d/b/a TURKERY CREEK TRADING COMPANY, MOHAMMAD ASLAM, and NAUMAN ASLAM that the preliminary injunctive relief requested by Plaintiff should be granted.

Upon consideration of Plaintiff's Motion for a Temporary Restraining Order, the exhibits in support, the representations of the parties and because good cause exists, it is hereby ORDERED,

    A.    Defendants NFZ, Inc. d/b/a TURKEY CREEK TRADING COMPANY, MOHAMMAD ASLAM, and NAUMAN ASLAM, their officers, agents, representatives, employees, attorneys, and all persons acting in concert with any of them, are preliminary enjoined from manufacturing, importing, distributing, or selling swords based on, substantially similar and/or confusingly similar to UNITED CUTLERY'S

"Heavy Metal F.A.K.K.² Sword" or otherwise infringing UNITED CUTLERY's subject copyright;

  B. Defendants NFZ, Inc. d/b/a TURKEY CREEK TRADING COMPANY, MOHAMMAD ASLAM, and NAUMAN ASLAM, their officers, agents, representatives, employees, attorneys, and all persons acting in concert with any of them are preliminary enjoined from unfairly competing with United Cutlery by falsely advertising the origin of any of its products to create an association, sense of sponsorship, affiliation or approval by UNITED CUTLERY of any imitation "Heavy Metal F.A.K.K.² Sword" or otherwise injuring UNITED CUTLERY's business reputation in any manner;

  C. Defendants NFZ, Inc. d/b/a TURKEY CREEK TRADING COMPANY, MOHAMMAD ASLAM, and NAUMAN ASLAM, their officers, agents, representatives, employees, attorneys, and all persons acting in concert with any of them, are preliminarily enjoined from copying or otherwise infringing United Cutlery's trade dress in the "Heavy Metal F.A.K.K.² Sword," and shall refrain from advertising, selling or distributing any product that infringes the distinctive trade dress of the "Heavy Metal F.A.K.K.² Sword";

  D. Plaintiff UNITED CUTLERY need not post a bond as security for this preliminary injunction;

  E. NFZ, Inc. d/b/a TURKEY CREEK TRADING COMPANY, MOHAMMAD ASLAM, and NAUMAN ASLAM, shall serve on counsel for UNITED CUTLERY, within ten (10) days after entry of this Order, a written report under oath

setting forth in detail the manner in which Defendants have complied with this Order.

The Clerk is directed to transmit a copy of this ORDER to the parties.

12/20/00
Date

_____
United States District Judge

We ask for this:

_____
Mohammad Aslam, on behalf of
NFZ, Inc., d/b/a Turkey Creek Trading Company
3343 Hollins Ferry Road
Baltimore, MD 21227
(410) 242-0069 (telephone)
(410) 242-1328 (facsimile)

_____
Mohammad Aslam
3343 Hollins Ferry Road
Baltimore, MD 21227
(410) 242-0069 (telephone)
(410) 242-1328 (facsimile)

_____
Nauman Aslam
3343 Hollins Ferry Road
Baltimore, MD 21227
(410) 242-0069 (telephone)
(410) 242-1328 (facsimile)

_____
Damon W.D. Wright, No. 14546
VENABLE, BAETJER, HOWARD & CIVILETTI, LLP
1201 New York Avenue, N.W.
Suite 1000
Washington, D.C. 20005
(202) 962-4937 (telephone)
(202) 962-8300 (facsimile)
Counsel for United Cutlery Corporation

3



" WILD TURKEY "
™

# N.F.Z PRODUCTS INC.
### T/A TURKEY CREEK TRADING CO.

410-242-0069
410-242-1328 FAX
INFO@NFZPRODUCTS.COM

3343 HOLLINS FERRY ROAD
BALTIMORE, MD 21227

12/20/2000.

UNITED STATES DISTRICT COURT,
DISTRICT OF MARYLAND,
OFFICE OF THE CLERK,
101 W.LOBARD STREET,
BALTIMORE,MARYLAND 21201-2691.

REF: MJG00CV3668.

DEAR SIR/MADAM,

ATTEN: HONOURABLE DISTRICT JUDGE,
SUBJECT: DISCLOURE OF CORPORATE INTEREST.

WE HAVE THE HONOUR TO STATE AS UNDER:=

1. WE HAVE NO INTENTION OF MARKETING,DISTRIBUTING OR SELLING ANY PRODUCTS THAT INFRINGE ON THE COPY RIGHT TO THE HEAVY METAL F.A.K.K.2 SWORD AND OR THAT ARE SIMILAR TO THE HEAVY METAL F.A.K.K.2.SWORD.
2. WE HEREBY UNDERTAKE THAT WE WILL HONOUR OUR STATEMENT AS ABOVE.

WITH RGDS.,

SINCERELY YOURS,

MOHAMMAD ASLAM,
MANAGER,
NFZ PRODUCTS INC. T/A
TURKEY CREEK TRDG. CO.

NOMAN M. ASLAM,
PRESIDENT,
NFZ PRODUCTS INC. T/A
TURKEY CREEK TRDG. CO.

CC TO   VENABLE,BAETJER,HOWARD&CIVILETTI,LLP,
        1201 NEW YORK,AVE. NW,#1000, WASHINGTON,D.C.20005.

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of December, 2000, I served the foregoing Stipulated Order by first-class mail, postage prepaid, on:

NFZ INC., a Maryland Corporation,
d/b/a TURKEY CREEK TRADING
COMPANY
3343 Hollins Ferry Road
Baltimore, Maryland 21227

MOHAMMAD ASLAM
3343 Hollins Ferry Road
Baltimore, Maryland 21227

And

NAUMAN ASLAM
3343 Hollins Ferry Road
Baltimore, Maryland 21227

_____
Ryan M. Walsh