FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 AUG 22 P 2:00

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED CUTLERY CORPORATION, a  *
Tennessee Corporation
                               *
            Plaintiff
                               *
      vs.                          CIVIL ACTION NO. MJG-00-3668
                               *
NFZ INC., a Maryland Corporation
d/b/a TURKEY CREEK TRADING      *
COMPANY; MOHAMMAD ASLAM; and

NAUMAN ASLAM                    *

            Defendants          *

*     *     *     *     *     *     *     *     *

## MEMORANDUM AND ORDER

The Court has before it Plaintiff United Cutlery Corporation's Motion for Summary Judgment to which no timely opposition has been filed.

This Court has reviewed the papers filed by the Plaintiff and the entire record even though Defendants' counsel has filed nothing in opposition. The Court finds no basis on which to conclude that there exists a genuine issue of material fact and will grant summary judgment to Plaintiff.

Accordingly:

   1. Plaintiff United Cutlery Corporation's Motion for
      Summary Judgment is GRANTED

2. Judgment shall be entered by separate Order providing that:

   a. The Stipulated Order herein constituting a Preliminary Injunction shall be given permanent effect.

   b. Plaintiff shall be awarded statutory damages of $150,000 plus judgment interest with costs and legal fees as permitted by law.

   c. Plaintiff may, by September 17, 2001, move for any modification of the Judgment and/or the entry of a separate Permanent Injunction Order.

SO ORDERED THIS 22rd DAY OF August, 2001

_____
Marvin J. Garbis
United States District Judge