FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 AUG 22  P 2:00

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED CUTLERY CORPORATION, a   *
Tennessee Corporation
                                *
        Plaintiff
                                *
    vs.                             CIVIL ACTION NO. MJG-00-3668
                                *
NFZ INC., a Maryland Corporation
d/b/a TURKEY CREEK TRADING      *
COMPANY; MOHAMMAD ASLAM; and

NAUMAN ASLAM                    *

        Defendants              *

*    *    *    *    *    *    *    *    *

## JUDGMENT ORDER

By separate Order issued this date, the Court has granted summary judgment to the Plaintiff.

Accordingly:

1. Judgment shall be, and hereby is, entered in favor of Plaintiff United Cutlery Corporation against Defendants NFZ Inc., a Maryland Corporation d/b/a Turkey Creek Trading Company; Mohammad Aslam; and Nauman Aslam as follows:

    a. The Preliminary Injunction entered by Stipulated Order signed December 20, 2000 is hereby given permanent effect.

    b. Awarding statutory damages of $150,000 plus judgment interest. Each Defendant is jointly and severally liable for such damages.

    c. Awarding Plaintiff all costs, including legal fees, as permitted by law. Each Defendant is jointly and severally liable for said costs.

  2. Any and all prior rulings disposing of any claims against any parties are incorporated by reference herein.

  3. This Order shall be deemed to be a final judgment within the meaning of Rule 58 of the Federal Rules of Civil Procedure

SO ORDERED this 22nd day of August, 2001.

*/s/ Marvin J. Garbis*
Marvin J. Garbis
United States District Judge