IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 AUG 31  A 10: 28

CLERK'S OFFICE
AT BALTIMORE

_____ DEPUTY

UNITED CUTLERY CORPORATION

    Plaintiff

v.

NFZ INC., d/b/a TURKEY CREEK
TRADING COMPANY, et. al.

    Defendants

Civil Action No.  MJG 00 CV 3668

**DEFENDANTS MOTION FOR ENLARGEMENT OF TIME TO RESPOND**

---

## ORDER

Upon review of the Defendants' Motion for Enlargement of Time to Respond, and Plaintiff's Response to such Motion,

IT IS this __30th__ day of __August__, 2001,

ORDERED that the Defendants' Motion for Enlargement of Time to Respond is hereby GRANTED, and that the Defendants had until __August 24__, 2001 to respond to the Plaintiff's Motion for Summary Judgment;

IT IS FURTHER ORDERED that the Defendants' Response to the Plaintiff's Motion for Summary Judgment is accepted as timely filed;

~~IT IS FURTHER ORDERED that this Court's Judgment in favor of Plaintiff on August 22, 2001 is VACATED.~~

_____
Hon. Judge Marvin Garbis