IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 DEC 31  A 10: 34

CLERK'S OFFICE
AT BALTIMORE

_____DEPUTY

UNITED CUTLERY CORPORATION, a   *
Tennessee Corporation
                                *
        Plaintiff
                                *
    vs.                             CIVIL ACTION NO. MJG-00-3668
                                *
NFZ INC., a Maryland Corporation
d/b/a TURKEY CREEK TRADING      *
COMPANY; MOHAMMAD ASLAM; and
NAUMAN ASLAM                    *

        Defendants              *

*     *     *     *     *     *     *     *     *

### ORDER DIRECTING COUNSEL, WITHOUT FAIL TO ARRANGE CONFERENCE CALL WITH CHAMBERS

By Order of December 11, 2001, the Court directed Plaintiff, in the absence of a settlement, to arrange a telephone conference by December 31, 2001 to set the trial of the remaining issues. Plaintiff has not complied with the Order but Plaintiff's counsel has submitted a letter explaining that the fault lies with Defendants and/or Defendants' counsel. Of course, the failure to comply with the Order is a serious matter; however, it may not be the fault of Plaintiff and/or Plaintiff's counsel.

The Court will now take steps to insure that the case progresses expeditiously and to avoid any misunderstanding. Counsel of record for the respective parties are obligated to proceed in this case unless and until they may have a motion for withdrawal granted. No such motion will be granted unless it is accompanied by the entry of appearance of substitute counsel ready to proceed without delay.

Accordingly:

1. There shall be a conference call with counsel to arrange the trial of the remaining issues.

    a. Unless rescheduled by agreement of counsel, Mary Saunders, Esquire and/or Damon Wright, Esquire for Plaintiff and William Speir, Esquire for Defendants shall call Chambers on Friday, January 11, 2002 at 1:00 p.m.

    b. Should any of Mary Saunders, Esquire and/or Damon Wright, Esquire for Plaintiff and William Speir fail to comply with this Order, such of them who so fails shall appear in Courtroom 5C on Monday, January 14, 2002 at 9:00 p.m. and show cause why they should not be held in contempt for the failure to comply with the Order.

    c. Should any counsel fail to comply with both subparts 1.a. and 1.b. of this Order, the Court shall take steps promptly to insure the presence of such person(s) before the Court.

2. At the conference, counsel shall be prepared with dates for the trial of the remaining issues in this case in January, February and March of 2002.

3. Counsel and parties must be aware that the Court will not delay this case further and that counsel of record will be required to proceed unless replaced by counsel ready and able to proceed.

4. Plaintiff's counsel shall contact Defendants' counsel to insure that Defendants' counsel has received this Order and shall write the Court confirming that this has been done.

So ORDERED this 30th day of December, 2001

_____
Marvin J. Garbis
United States District Judge