IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED CUTLERY CORPORATION, a   *
Tennessee Corporation
                                *
         Plaintiff
                                *
    vs.                              CIVIL ACTION NO. MJG-00-3668
                                *
NFZ INC., a Maryland Corporation
d/b/a TURKEY CREEK TRADING      *
COMPANY; MOHAMMAD ASLAM; and
NAUMAN ASLAM                    *

         Defendants             *

*       *       *       *       *       *       *       *       *

ORDER

In accordance with the proceedings held in this matter on January 11, 2002:

    1. By January 25, 2002:

        a. Defendants shall provide responses to outstanding discovery.

        b. Mohammad Aslam and Nauman Aslam shall appear and have their depositions taken

        c. Defendants shall advise the Court and Plaintiff if they do not consent to Plaintiff's withdrawal of its jury demand.

        d. If Defendants timely notify the Court that they do not consent, the case shall proceed to trial by jury.

        e. If Defendants do not timely notify the Court that they do not consent, they shall be deemed to have consented and the case shall proceed nonjury.

    2. By February 11, 2002:

    a.    The Pretrial Order shall be filed.

    b.    Any motions in limine shall be filed.

    c.    If there is to be a trial by jury, requested voir dire questions shall be filed (in duplicate) together with an agreed (or separate) extremely brief, neutral summary of the case to be read to the voir dire panel.

    d.    If there is to be a trial by jury, requested jury instructions shall be filed (in duplicate).

    **COUNSEL MUST BE SURE TO NOTE THAT:**

    (1)    **ANY REQUEST FOR AN INSTRUCTION BASED ON A PRINTED TEXT SHALL BE SUBMITTED IN THE FORM OF A PHOTOCOPY OF THE PRINTED PAGE WITH ANY APPROPRIATE INTERLINEATION.**

    (2)    **ANY REQUEST BASED UPON A PRECEDENT OR OTHER AUTHORITY SHALL HAVE ATTACHED A COPY OF THE PAGE(S) RELIED UPON.**

    e.    Plaintiff shall arrange the scheduling for the pretrial conference, which can be held by telephone or in person, at a mutually convenient time during the week of February 18, 2002.

3. Trial shall begin on February 28, 2002 with an estimated duration of one to two trial days.

    a.    If the case is to be a jury trial, it is possible that jury selection would be conducted by a Magistrate Judge

      b.    If the case is to be a bench trial, the commencement may be deferred until the afternoon of February 28 or March 1 depending upon the estimated duration of trial.

SO ORDERED this 16th day of January, 2002

_____
Marvin J. Garbis
United States District Judge