FILED
U.S. DISTRICT COURT
DISTRICT OF
2002 FEB 11 P 3:55

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**BALTIMORE DIVISION**

| | |
|---|---|
| UNITED CUTLERY CORPORATION, a Tennessee Corporation, *Plaintiff,* | ) ) ) ) |
| v. | ) ) ) Civil Action No: MJG-00-3668 |
| NFZ INC., a Maryland Corporation, d/b/a TURKEY CREEK TRADING COMPANY; MOHAMMAD ASLAM; and NAUMAN ASLAM. *Defendants.* | ) ) ) ) ) ) ) |

### AGREED ORDER

Upon the joint request of counsel for United Cutlery Corporation and counsel for NFZ,

Inc., Mohammad Aslam, and Nauman Aslam, and because good cause exists, it is hereby

ORDERED that the deadline for the filing of the pretrial order in the above-referenced

case is extended to February 18, 2002.

2/8/02
_____
Date

_____
Marvin J. Garbis
United States District Judge

We ask for this:

_____
Damon W.D. Wright, No. 14546
VENABLE LAW FIRM
1201 New York Avenue, N.W. Suite 1000
Washington, D.C. 20005-3917
(202) 962-4937 (telephone)
(202) 962-8300 (facsimile)
ATTORNEY FOR PLAINTIFF
UNITED CUTLERY CORPORATION

_____
William F. Speir/D.W. w/consent
William F. Speir, No. 25536
3044 North Shannon Lake
Tallahassee, Florida 32309
(850) 488-4241 (work)
(850) 668-6894 (home)
ATTORNEY FOR DEFENDANTS